| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bruce Matthew Burke** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jasmine Jaruda Burke** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Barclays Bank Delaware**
P.o. Box 8803
Wilmington, DE 19899

What is the nature of the claim?   **Credit Card**   $ **$837.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact _____
Contact phone _____

**2**

**Capital One Bank Usa N**
Po Box 30281
Salt Lake City, UT 84130

What is the nature of the claim?   **Credit Card**   $ **$2,750.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____

Contact _____

| Debtor 1 | **Bruce Matthew Burke** | |
|---|---|---|
| Debtor 2 | **Jasmine Jaruda Burke** | Case number *(if known)* |

Contact phone                 Unsecured claim      $

---

**3**

**Citi**
**P.O. Box 6190**
**Sioux Falls, SD 57117**

What is the nature of the claim?    **Credit Card**    $ **$700.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
        Value of security:    - $
        Unsecured claim    $

Contact

Contact phone

---

**4**

**Dept Of Education/neln**
**Po Box 82561**
**Lincoln, NE 68501**

What is the nature of the claim?    **Educational**    $ **$4,703.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
        Value of security:    - $
        Unsecured claim    $

Contact

Contact phone

---

**5**

**Discover Fin Svcs Llc**
**P.O. Box 15316**
**Wilmington, DE 19850**

What is the nature of the claim?    **Credit Card**    $ **$3,761.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
        Value of security:    - $
        Unsecured claim    $

Contact

Contact phone

---

**6**

**GS Bank USA**
**Lockbox 6112**
**Philadelphia, PA 19170**

What is the nature of the claim?    **Credit Card**    $ **$964.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Bruce Matthew Burke** | |
|---|---|---|
| Debtor 2 | **Jasmine Jaruda Burke** | Case number *(if known)* |

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**7**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**    **Income tax**    $ **$4,165.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

Contact phone

---

**8**

**Nationwide Title Clearing, Inc.**
**CIT Unit**
**2100 Alt 19 North**
**Palm Harbor, FL 34683**

**What is the nature of the claim?**    **1307 N. Salsipuedes Street Santa Barbara, CA 93103  Santa Barbara County 1-Story SFR constructed in 1925, 1,140 sq. ft. on 4,356 sq. ft. lot , 3 Bedr**    $ **$352,045.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$602,000.00**
    Value of security:    - $ **$925,000.00**
    Unsecured claim    $ **$352,045.00**

Contact

Contact phone

---

**9**

**The Golden 1 Credit Union**

**What is the nature of the claim?**    **2006 Ford F250 95000 miles
In fair condition
Private party valuation per kbb.com on June 17, 2020
Debtors are not on title; Debtor is co-signer onl**    $ **$5,001.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Bruce Matthew Burke** |
| Debtor 2 | **Jasmine Jaruda Burke** |

Case number *(if known)*

P.O. Box 279740
Sacramento, CA 95827

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$15,001.00**
Value of security:   - $ **$10,000.00**
Unsecured claim   $ **$5,001.00**

Contact phone

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Bruce Matthew Burke**
**Bruce Matthew Burke**
Signature of Debtor 1

Date  **June 17, 2020**

X  **/s/ Jasmine Jaruda Burke**
**Jasmine Jaruda Burke**
Signature of Debtor 2

Date  **June 17, 2020**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy